GRAVES, Judge.

The conviction is for operating a motor vehicle upon a public street while under the influence of intoxicating liquor. The penalty assessed is a fine of $100.

The complaint and information, as well as all other matters of procedure, appear to be in regular form. The record is before this court without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

## THARP v. STATE.
### No. 24445.

Court of Criminal Appeals of Texas.
Oct. 26, 1949.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

## Bill ERVIN v. STATE.
### No. 24470.

Court of Criminal Appeals of Texas.
Nov. 9, 1949.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is possession of whiskey in a dry area for the purpose of sale. The punishment assessed is confinement in the county jail for a period of thirty days and a fine of $750.

Appellant has filed in this court a verified motion in which he states that he does not desire to further prosecute his appeal herein and requests this court to dismiss the same.

The motion is granted and the appeal is dismissed.

Opinion approved by the Court.